NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1399

RFR INDUSTRIES, INC.,

Plaintiff-Appellant,

v.

REX-HIDE INDUSTRIES, INC.,

Defendant/Third Party Plaintiff-
Appellee,

v.

CENTURY STEPS, INC.
(doing business as Century Precast),

Third Party Defendant-Appellee.

Robert G. Oake, Jr., Oake Law Office, of Allen, Texas, argued for plaintiff-appellant.

Chris Flood, Flood & Flood, of Houston, Texas, for defendant/third party plaintiff-appellee.

John R. Emerson, Haynes and Boone, LLP, of Dallas, Texas, argued for third party defendant-appellee. With him on the brief was William D. White.

Appealed from: United States District Court for the Northern District of Texas

Judge Ed Kinkeade

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1399

RFR INDUSTRIES, INC.,

Plaintiff-Appellant,

v.

REX-HIDE INDUSTRIES, INC.,

Defendant/Third Party Plaintiff-
Appellee,

v.

CENTURY STEPS, INC.
(doing business as Century Precast),

Third Party Defendant-Appellee.

# Judgment

ON APPEAL from the        United States District Court for the Northern District of Texas

in CASE NO(S).          3:02-CV-1444.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, SCHALL, and PROST, <u>Circuit Judges</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.


ENTERED BY ORDER OF THE COURT


DATED <u>December 4, 2008</u>        <u>/s/ Jan Horbaly</u>
                                   Jan Horbaly, Clerk